| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CASE NO. 1:13-CR-99 |
| § | |
| § | |
| JESUS RAMSES VALENCIA § | |

**ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT**

After conducting a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Honorable Zack Hawthorn, United States Magistrate Judge, made and filed Findings of Fact and Recommendations regarding the Defendant's plea of guilty to Count One of the Indictment in the above-numbered case. The Magistrate Judge accepted the Defendant's guilty plea, recommends that the Defendant be adjudged guilty of the offense to which he pleaded guilty, and recommends that the court accept the plea agreement.

The parties do not object to the Magistrate Judge's findings and conclusions, and the Court is of the opinion that they should be and are **ADOPTED**. Further, the Court **RATIFIES** the Magistrate Judge's acceptance of the guilty plea. Accordingly, it is **ORDERED:**

1. That the Defendant is adjudged **GUILTY** of the offense alleged in Count 1 of the Indictment, in violation of 31 U.S.C. § 5332 and 18 U.S.C. § 2; and

2. The Court accepts the Defendant's plea agreement.

**Signed this date.**

**Dec 4, 2013**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE